09-CV-01637-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BURNIS HERRING, | CASE NO. C09-1637-JLR |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| WASHINGTON STATE PENITENTIARY, et al., | |
| Respondents. | |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Petitioner's 28 U.S.C. § 2254 habeas petition is DISMISSED without prejudice;

(3) Petitioner is DENIED a Certificate of Appealability; and

(4) The Clerk of the Court is directed to send copies of this Order to petitioner and to Magistrate Judge Mary Alice Theiler.

DATED this 5th day of April, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -1